IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01126-WDM-BNB

FREE SPEECH COALITION, INC.,

    Plaintiff,

v.

ALBERTO GONZALES in his capacity as Attorney General of the United States,

    Defendant.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants' motion to file excess pages (Docket No. 55) is denied; and Defendants' motion to dismiss/motion for summary judgment (Docket No. 56) is stricken for failure to comply with Judge Miller's Pretrial and Trial Procedures Rule 6.1. Defendants may file an amended motion limited to 30 pages, or otherwise respond to Plaintiff's amended complaint by December 22, 2005.

    Finally, it has come to the Court's attention that both parties have been using improper case numbers and captions on their filings. Future filings should comply with D.C.COLO.LCivR 10.1I, 10.1J.

Dated:  November 22, 2005

                                      /s/ Jane Trexler, Secretary/Deputy Clerk