IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01126-WDM-BNB

FREE SPEECH COALITION, INC., on its own behalf and on behalf of its members,
FREE SPEECH OALITION OF COLORADO, on its own behalf and on behalf of its members,
DAVID CONNORS, and
LENJO, INC., d/b/a NEW BEGINNINGS LTD.,

Plaintiffs,

v.

ALBERTO GONZALES, in his capacity as Attorney General of the United States,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** (the "Motion"), filed on April 6, 2006.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

The defendant shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 5, 2006**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 26, 2006**;

| | |
|---|---|
| Expert Witness Discovery cut-off: | **July 5, 2006;** |
| Discovery Cut-off: | **July 5, 2006**; |
| Dispositive Motion Deadline: | **July 19, 2006**. |

DATED: April 10, 2006