IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01126-WDM-BNB

FREE SPEECH COALITION, INC., on its own behalf and on behalf of its members,
FREE SPEECH OALITION OF COLORADO, on its own behalf and on behalf of its members,
DAVID CONNORS, and
LENJO, INC., d/b/a NEW BEGINNINGS LTD.,

Plaintiffs,

v.

ALBERTO GONZALES, in his capacity as Attorney General of the United States,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Defendant's Unopposed Motion to Stay Discovery** [Doc. # 100, filed 5/16/06] (the "Motion"). The Motion seeks an order staying discovery pending a ruling on the defendant's motion to dismiss or, in the alternative, for summary judgment. According to the Motion, "the parties both agree that a stay of discovery is appropriate." Good cause having been shown:

IT IS ORDERED that the Motion is GRANTED. Discovery is stayed pending a ruling on the defendant's motion to dismiss or, in the alternative, for summary judgment.

IT IS FURTHER ORDERED that the plaintiffs shall file a status report within 10 days following any ruling by the district judge addressing the defendant's motion to dismiss or, in the alternative, for summary judgment, notifying me of the outcome of the motion and addressing what proceedings, if any, should be scheduled.

Dated May 22, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge