IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01126-WDM-BNB

FREE SPEECH COALITION, INC.,

    Plaintiff,

v.

ALBERTO GONZALES in his capacity as Attorney General of the United States,

    Defendant(s).
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    In accordance with this court's order partially vacating preliminary injunction and administratively closing case (doc. no. 121) the motion to alter or amend (doc. no. 112) is denied as moot, without prejudice to refile in the event the case is reopened.

Dated: February 14, 2008

                                            s/ Jane Trexler, Secretary/Deputy Clerk