IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 05-cv-01126-WDM-BNB

FREE SPEECH COALITION, et al.,

    Plaintiffs,

v.

ERIC HOLDER,

    Defendant.

---

## NOTICE OF DISMISSAL

---

This matter is before me on the Plaintiffs' Unopposed Motion to Dismiss without Prejudice in accordance with Fed. R. Civ. P. 41(a)(2).  Accordingly, the complaint is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on April 13, 2009.

                BY THE COURT:

                s/ Walker D. Miller
                United States Senior District Judge

PDF FINAL